[No. 18691. Department Two. February 13, 1925.]

BEN C. CAMP, *Appellant,* v. FERRY COUNTY *et al.,*
*Respondents.*[1]

NEW TRIAL (22)—GROUNDS—SUFFICIENCY OF EVIDENCE. An order
denying a new trial will be reversed where the court's findings are
negatived to such an extent that the denial of the new trial was
an improper exercise of discretion.

Appeal from a judgment of the superior court for
Stevens county, Hill, J., entered May 12, 1924, upon
findings in favor of the defendants, in an action to
quiet title, tried to the court. Reversed.

*Burton J. Onstine, Del Cary Smith,* and *W. H.
Jackson,* for appellant.

*Osee W. Noble* and *Frank M. Allyn,* for respondents.

MACKINTOSH, J.—This action was brought to estab-
lish title in the appellant to a parcel of unplatted land
in Stevens county, lying on the east bank of the Co-
lumbia river. He relies on adverse possession and a
tax deed from the Columbia irrigation district. The
effect of the deed depends on the location of the gov-
ernment meander line, which constitutes the western
boundary of the district. The motion for a new trial
is accompanied by a surveyor's affidavit which nega-
tives the court's findings as to the location of the
meander line to such an extent that the court improp-
erly exercised its discretion in denying the motion, and
for that reason the decree is reversed and a new trial
ordered.

HOLCOMB, MITCHELL, MAIN, and FULLERTON, JJ.,
concur.

[1]Reported in 233 Pac. 13.